IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Plaintiff,                    No. CIV S-06-0506 DFL CMK P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

    Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on March 10, 2006. The court's own records reveal that on March 8, 2006, plaintiff filed a complaint containing virtually identical allegations against essentially the same defendants. (No. Civ. S-06-0476 FCD DAD ).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

    In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  served with these findings and recommendations, plaintiff may file written objections with the
2  court.  The document should be captioned "Objections to Magistrate Judge's Findings and
3  Recommendations."  Plaintiff is advised that failure to file objections within the specified time
4  may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153
5  (9th Cir. 1991).

7  DATED: May 31, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE