IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

     Plaintiff,                      No. CIV S-06-0506 DFL CMK P

     vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

     Defendants.

_____/    <u>ORDER</u>

       Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's June 2, 2006 "Request for Immediate Court Review." (Doc. 11.) Plaintiff requests immediate review of his multiple cases pending in the Eastern District and an immediate "show and tell hearing to prove [his] innocence." Plaintiff is not entitled to the relief he is seeking. Plaintiff's request for court review is denied.

       IT IS SO ORDERED.

DATED: July 5, 2006

                                         /s/ Craig M. Kellison
                                         U.S. Magistrate Judge